IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN T. TURNER,

    Plaintiff,

v.

Case No.  17-cv-203-jdp

GARY BOUGHTON, T. HERMANS, TIM HAINES, MR. KARTMAN, CAPT. GARDNER, L. BROWN, J. SWEENEY, LT. SHANNON-SHARPE, LT. TOM, B. KOOL, ANTHONY BROADBENT, SGT. KASSMAUL, OFC. MCDANIEL, OFC. TAYLOR, CAPT. PRIMMER, CAPT. HANFELD, ELLEN RAY, WILLIAM BROWN, DR. JOHNSON, MARK LEMIEUX, DR. SCOTT RUBIN-ASCH, DR. HOEM, MS. MINK, CATHY BROADBENT, MS. KROENING, MR. EWING, T. DICKMAN, MR. EVERS, OFC. LOMAN, SGT. HANKE, BRIAN FOSTER, S. COOPER, WILLIAM POLLARD, CAPT. SCHULTZ, CATHY FRANCOIS, JOHN DORUFF, SGT. LONGSINE, SGT. FRANCOIS, JOHN DOE WARDEN, JOHN DOE SECURITY DIRECTOR, MICHAEL BAENEN, SGT. GRIEL, CATHY JESS, DAN WESTFIELD, EDWARD WALL, MR. WIESGERBER, JAMES SCHWOCHERT, MS. MORGAN, DAN WINKLESKI, and MS. SEBRANEK,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                       3/30/2021

Peter Oppeneer, Clerk of Court                  Date