for THE
Western District of Wisconsin

MR. Glenn T. Turner (#244614-A)

W.S.P.F. P.O. Box 1000

Boscobel, WI 53805

Plaintiff pro se - Appellant

vs.

G. Boughton, T. Hermans, T. Haines,

M. Kartman, Cpt. Gardner, L. Brown,

J. Sweeney, Lt. Shannon-Sharpe, Lt. Tom,

B. Kool, Sgt. Kussmaul, ofc. McDaniel,

ofc. M. Taylor, Cpt. Primmer, Cpt. Hanfeld,

E.K. Ray, W. Brown, Dr. Johnson,

Ms. Lemieux, Dr. Rubin-Asch, Dr. Hoem,

Cathy Broadbent, Mr. Ewing, Mr. Evers,

Cathy Jess, Dan Westfield, Edward Wall,

MR. Wiesgerber, D. Winkleski, Sebranek

Defendants - Appelkes

Case File No: 17-CV-203-JdP

Appeal No:

## Notice of APPEAL

Notice is hereby given that, Glenn T. Turner, Plaintiff-Appellant pro se, in the above named case, hereby Appeal to the United States Court of Appeals for The 7th (Seventh) Circuit. From the Final Judgment, Denying Plaintiff's Rule 59(e) Motion (Dkt #197) seeking to Alter And Amend Dist. Court's Opinion And Order ~~Denying~~ Plaintiff's Granting Defendant's Motion For Summary Judgment (Dkt #184) on March 14, 2022. Plaintiff wishes to waive any appealable claims available

(Pg. 1 of 2)

against Ms Angela Mlwk. Because the Order And Opinion of the District Court (DKT #184) Granted In Part Denied In Part the Defendants Motion For Summary Judgment on Claims against Defendant Angela Mlwk And because the plaintiff's Claims against PSU staffer Angel Mlwk Survived Summary Judgment there's No Need in effecting an Appeal against that portion of the Dist Ct's Order and Opinion.

Docket Statement

The Plaintiff-Appellant is and at all times relevant to this Action was and is an American Citizen Born and Raised in the state of Illinois, City of Chicago, County of Cook.

The Appeals Court of the Seventh Circuit has Subject-Matter Jurisdiction over All Aspects and Questions of Law in this Appeal over all of the Orders and Opinions sought to be Altered And Amended as raised in the plaintiff's Rule 59(e) Motion relevant to the U.S. District Court, aforementioned pur. to 28 U.S.C. §§ 1291-1292.

The U.S. District Court's Final Judgment And Decision in this Case was Entered On March 14, 2022 Which the plaintiff received on or around March 18th 2022.

Dated this 2nd day oF April, 2022

Submitted By :

Kleen J. Sher

Plaintiff-Appellant Pro Se

Cc: file

(Pg. 2 of 2)